**George HARRIS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 02–3358.

United States Court of Appeals, Federal Circuit.

Oct. 22, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**AFV ENTERPRISES, INC., Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Appellee.**

No. 02–1335.

United States Court of Appeals, Federal Circuit.

Oct. 23, 2002.

ORDER

The appellant(s) having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.